**Order entered November 7, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00994-CV

## IN RE ASICS AMERICA CORPORATION, Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-06193**

## ORDER
Before Justices Molberg, Pedersen, III, and Garcia

Before the Court is relator's September 27, 2022 petition for writ of mandamus. We request that real party in interest and respondent file a response, if any, to the petition by **November 21, 2022**.

/s/    DENNISE GARCIA
       JUSTICE